IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MARY SAUCEDA, | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | CAUSE NO. A-14-CV-119-LY |
| | § | |
| TRAVELERS CASUALTY INSURANCE | § | |
| COMPANY OF AMERICA, | § | |
| DEFENDANT. | § | |

## ORDER

**IT IS HEREBY ORDERED** that the above-reference cause is **STAYED** pending further order of this court.

SIGNED this 6th day of February, 2014.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE